CULPEPPER IP, LLLC
Kerry S. Culpepper, Bar No. 9837
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Telephone: (808) 464-4047
Facsimile: (202) 204-5181
E-Mail: kculpepper@culpepperip.com

Attorney for Movants
AFTER MOVIE II, LLC et al.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

**Originating Case:** *After II Movie, LLC, et al., v. WideOpenWest Finance, LLC*, et al., No. 1:21-cv-1901-DDD-MEH (D. Col.)

| | |
|---|---|
| IN RE: SUBPOENA TO INERGEX HOLDINGS, LLC | **Case No.: 1:24-mc-73**<br><br>(Copyright)<br><br>**MOTION TO COMPEL NONPARTY INERGEX HOLDINGS, LLC TO RESPOND TO SUBPOENA; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF COUNSEL; EXHIBITS "1"-"3"; CERTIFICATE OF SERVICE** |

**MOTION TO COMPEL NONPARTY INERGEX HOLDINGS LLC TO RESPOND TO SUBPOENA**

1

AFTER MOVIE II, LLC, BADHOUSE STUDIOS, LLC, BODYGUARD PRODUCTIONS, INC., DALLAS BUYERS CLUB, LLC, HANNIBAL CLASSICS INC., I AM WRATH PRODUCTION, INC., LF2 PRODUCTIONS, INC., LHF PRODUCTIONS, INC., MILLENNIUM FUNDING, INC., MILLENNIUM IP, INC., MILLENNIUM MEDIA, INC., MON, LLC, NIKOLA PRODUCTIONS, INC., OUTPOST PRODUCTIONS, INC., PARADOX STUDIOS, LLC, RAMBO V PRODUCTIONS, INC., SCREEN MEDIA VENTURES, LLC, VENICE PI, LLC, VOLTAGE HOLDINGS, LLC, WONDER ONE, LLC, HITMAN TWO PRODUCTIONS, INC., and CINELOU FILMS, LLC ("Movants"), by and through their counsel, move this Court to grant an order: compelling nonparty INERGEX HOLDINGS, LLC ("Inergex") to fully produce documents in response to Plaintiffs' subpoena with 7 business days.  This Motion is pursuant to Federal Rules of Civil Procedure 26(b)(1), 34(c), and 45(d)(2)(B)(i) as well as Local Rules 7.1 and 37.2 and based upon the documents filed herewith and in the underlying case.

Pursuant to LR 7.8 and 37.1, Movant's counsel attempted to meet and confer with Inergex prior to filing this motion by sending written letter but as of the date of this motion has received no response. *See* Ex. "3".

DATED: Kailua Kona, Hawaii, Jan. 28, 2024.

Respectfully submitted,

*/s/ Kerry S. Culpepper*
Kerry S. Culpepper, Bar No. 9837
**CULPEPPER IP, LLLC**
75-170 Hualalai Road
Suite B204
Kailua-Kona, HI  96740
808.464.4047 – Telephone
kculpepper@culpepperip.com

*Attorney for Movants*